**Abraham RIOS, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

**No. 15-73579**

United States Court of Appeals, Ninth Circuit.

Submitted July 11, 2017 *

Filed July 19, 2017

Aimee Souza, Souza Immigration Law, PLLC, Suquamish, WA, for Petitioner

Drew Brinkman, Suzanne N. Nardone, Esquire, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

MEMORANDUM **

Abraham Rios, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying administrative closure and dismissing his appeal from an immigration judge's ("IJ") order of removal. We dismiss the petition for review.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

We lack jurisdiction to review the BIA's denial of administrative closure. *Diaz-Covarrubias v. Mukasey*, 551 F.3d 1114, 1118-20 (9th Cir. 2009).

We lack jurisdiction to consider Rios' unexhausted contentions that the IJ failed to apply mandatory presumptions in his favor and applied legally erroneous standards of proof. *See Tijani v. Holder*, 628 F.3d 1071, 1080 (9th Cir. 2010) ("We lack jurisdiction to review legal claims not presented in an alien's administrative proceedings before the BIA.").

**PETITION FOR REVIEW DISMISSED.**